Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRID ALLEN, <br><br> Plaintiff, <br><br> V. <br><br> KEVIN MILAS, *et al.*, <br><br> Defendants. | No.1:15-cv-00705-MCE-SAB <br><br> JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME <br><br> Honorable Judge Hon. <br> Chief Judge Morrison C. England, Jr |

This is an immigration case in which Plaintiff challenges the denial of his wife's immigrant visa by the U.S. Consulate in Frankfurt, Germany, Defendants filed a Motion to Dismiss and Plaintiff's deadline to file an opposition is on July 14, 2015. The parties hereby stipulate to extend the deadline for Plaintiff's Opposition to August 15, 2015.

Dated: July 12, 2015            Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/ Robert B. Jobe*
Robert B. Jobe
Sarah B. Castello
Law Office of Robert B. Jobe

Attorneys for Plaintiff

*/s/ Audrey Benison Hemesath*
Audrey Benison Hemesath
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2729
Fax: (916) 554-2886
Email: audrey.hemesath@usdoj.gov

### ORDER

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition will be due on August 15, 2015.

IT IS SO ORDERED.

Dated:   July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT