UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRID ALLEN, | No. 1:15-cv-00705-MCE-SAB |
| Plaintiff, | |
| v. | **ORDER** |
| KEVIN C. MILAS, et al., | |
| Defendants. | |

Pursuant to the parties' signed stipulation (ECF No. 21) and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The hearing scheduled for September 3, 2015 (see ECF No. 20) is VACATED;

2. Plaintiff's Opposition to Defendants' Motion to Dismiss and any Cross-Motion are due on September 15, 2015;

3. Defendants' Reply and any Opposition to Plaintiff's Cross-Motion are due on October 15, 2015;

4. Plaintiff's Reply to Defendant's Opposition to the Cross-Motion is due on October 22, 2015; and

///

///

///

5. A hearing on Defendants' Motion to Dismiss (ECF No. 16) and Defendants' Cross-Motion will be held on December 3, 2015 at 2:00 p.m. in Courtroom 7 before Chief Judge Morrison C. England, Jr.

Dated: August 18, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT