Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN, | No. 1:15-cv-00705-MCE-SAB |
| Plaintiff | JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME |
| v. | |
| MILAS, *et al.*, | Honorable Chief Judge Morrison C. England, Jr. |
| Defendants. | |

     This is an immigration case in which Plaintiff challenges the denial of his wife's visa application by the U.S. Consulate in Frankfurt, Germany. Defendants have filed a motion to dismiss this suit.

The parties stipulate to extend the remaining briefing schedule as follows:

     Plaintiff's Opposition and Cross Motion will be due on October 15, 2015

     Defendants' Reply and Opposition will be due on November 15, 2015

     Plaintiff's Reply will be due on December 15, 2015

     Proposed date for a hearing on this motions is January 14, 2015 at 2:00 p.m.

Dated:                                                          September 15, 2015

Respectfully submitted,

                                            LAW OFFICE OF ROBERT B. JOBE

                                            */s/ Robert B. Jobe*
                                            Robert B. Jobe
                                            Sarah B. Castello
                                            Law Office of Robert B. Jobe

                                            Attorneys for Plaintiff


                                            */s/ Audrey Benison Hemesath*
                                            Audrey Benison Hemesath
                                            United States Attorney's Office
                                            501 I Street, Suite 10-100
                                            Sacramento, CA 95814
                                            (916) 554-2729
                                            Fax: (916) 554-2886
                                            Email: audrey.hemesath@usdoj.gov

                                            Attorney for Defendants

                                                     ORDER

     Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on October 15, 2015; Defendants' Reply and Opposition will be due on November 15, 2015; Plaintiff's Reply will be due on December 15, 2015; and the proposed date for a hearing on this motions is January 14, 2015 at 2:00 p.m.

     **IT IS SO ORDERED**.

Dated:  September 18, 2015

                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT