Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN, | No. 1:15-cv-00705-MCE-SAB |
| Plaintiff | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| | Honorable Chief Judge Morrison C. England, Jr. |
| MILAS, *et al.*, | |
| Defendants. | |

This is an immigration case in which Plaintiff challenges the denial of his wife's visa application by the U.S. Consulate in Frankfurt, Germany. Defendants have filed a motion to dismiss this suit.

The parties stipulate to extend the remaining briefing schedule as follows:

    Plaintiff's Opposition and Cross Motion will be due on November 15, 2015

    Defendants' Reply and Opposition will be due on December 14, 2015

    Plaintiff's Reply will be due on January 15, 2015

    Proposed date for a hearing on this motions is February 17, 2015 at 2:00 p.m.

Dated:                                         October 15, 2015

Respectfully submitted,

                                              LAW OFFICE OF ROBERT B. JOBE

                                              */s/ Robert B. Jobe*
                                              Robert B. Jobe
                                              Sarah B. Castello
                                              Law Office of Robert B. Jobe

                                              Attorneys for Plaintiff

                                              */s/ Audrey Benison Hemesath*
                                              Audrey Benison Hemesath
                                              United States Attorney's Office
                                              501 I Street, Suite 10-100
                                              Sacramento, CA 95814
                                              (916) 554-2729
                                              Fax: (916) 554-2886
                                              Email: audrey.hemesath@usdoj.gov

                                              Attorney for Defendants

**ORDER**

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on November 15, 2015; Defendants' Reply and Opposition will be due on December 14, 2015; Plaintiff's Reply will be due on January 15, 2015; and the proposed date for a hearing on this motion is February 17, 2015 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  October 22, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT