Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN,<br><br>        Plaintiff<br><br>v.<br><br>MILAS, *et al.*,<br><br>        Defendants. | No. 1:15-cv-00705-MCE-SAB<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME |

This is an immigration case in which Plaintiff challenges the denial of his wife's visa application by the U.S. Consulate in Frankfurt, Germany. Defendants have filed a motion to dismiss this suit.

The parties stipulate to extend the remaining briefing schedule as follows:

Plaintiff's Opposition and Cross Motion will be due on November 20, 2015

Defendants' Reply and Opposition will be due on December 14, 2015

Plaintiff's Reply will be due on January 15, 2015

Proposed date for a hearing on this motion is February 17, 2015 at 2:00 p.m.

///

////

////

Dated: November 16, 2015

                                            Respectfully submitted,

                                            LAW OFFICE OF ROBERT B. JOBE

                                            */s/ Robert B. Jobe*
                                            Robert B. Jobe
                                            Sarah B. Castello
                                            Law Office of Robert B. Jobe

                                            Attorneys for Plaintiff

                                            */s/ Audrey Benison Hemesath*
                                            Audrey Benison Hemesath
                                            United States Attorney's Office
                                            501 I Street, Suite 10-100
                                            Sacramento, CA 95814
                                            (916) 554-2729
                                            Fax: (916) 554-2886
                                            Email: audrey.hemesath@usdoj.gov

                                            Attorney for Defendants

## ORDER

Pursuant to the foregoing stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition and Cross Motion will be due on November 20, 2015; Defendants' Reply and Opposition will be due on December 14, 2015; Plaintiff's Reply will be due on January 15, 2016; and the date for a hearing on this motion is February 11, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  November 17, 2015

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT