Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN,<br><br>Plaintiff<br><br>v.<br><br>MILAS, *et al.*,<br><br>   Defendants. | No. 1:15-cv-00705-MCE-SAB<br><br>JOINT STIPULATION AND<br>ORDER RE: EXTENSION OF TIME<br><br>Honorable Chief Judge Morrison C.<br>England, Jr. |

   This is an immigration case in which Plaintiff challenges the denial of his wife's visa application by the U.S. Consulate in Frankfurt, Germany. Defendants have filed a motion to dismiss this suit. Plaintiff has responded with an Opposition and Motion for Summary Judgment and Defendants filed a Reply. The parties stipulate to extend the remaining briefing schedule as follows:

   Plaintiff's Reply will be due on January 20, 2015

   Proposed date for a hearing on this motions is February 11, 2015 at 2:00 p.m.

//

Dated: January 15, 2016

Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/ Robert B. Jobe*
Robert B. Jobe
Sarah B. Castello
Law Office of Robert B. Jobe

Attorneys for Plaintiff

*/s/ Audrey Benison Hemesath*
Audrey Benison Hemesath
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2729
Fax: (916) 554-2886
Email: audrey.hemesath@usdoj.gov

Attorney for Defendants

ORDER

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Reply will be due on January 20, 2016; and the date for a hearing on this motions is February 11, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 20, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT